Do Not Remove
From Record Room

**06-41128**

No. 06-41128

-------------------------------------------

IN THE

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

UNITED STATES OF AMERICA
Appellee

VS.

MICHAEL RAY HARRISON
Appellant

---

On Appeal from Cause No. 1:05-CR-70
United States District Court
Eastern District of Texas
Beaumont Division

---

# RECORD EXCERPTS
**of MICHAEL RAY HARRISON, Appellant**

---

U.S. COURT OF APPEALS
**FILED**

MAR 1 4 2007

CHARLES R. FULBRUGE III
CLERK

Douglas M. Barlow
Attorney for Appellant
485 Milam
Beaumont, TX 77701
Phone: (409) 838-4259; FAX: (409) 832-5611
Texas Bar Card No. 01753700

March 2, 2007

# No. 06-41128

---------------------------------------------

IN THE

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

UNITED STATES OF AMERICA
Appellee

VS.

MICHAEL RAY HARRISON
Appellant

---

On Appeal from Cause No. 1:05-CR-70
United States District Court
Eastern District of Texas
Beaumont Division

---

# RECORD EXCERPTS
### of MICHAEL RAY HARRISON, Appellant

---

Douglas M. Barlow
Attorney for Appellant
485 Milam
Beaumont, TX 77701
Phone: (409) 838-4259; FAX: (409) 832-5611
Texas Bar Card No. 01753700

March 2, 2007

## INDEX TO RECORD EXCERPTS

| ITEM | RECORD REFERENCE | PAGE |
|------|------------------|------|
| Docket Sheet | No Page Number | |
| Indictment | Vol. I, Page 12 | 12 |
| Judgment | Vol. I, Page 180 | 13 |
| Verdict of the Jury | Vol. I, Page 146 | 19 |
| Notice of Appeal | Vol. I, Page 186 | 20 |
| Certificate of Service | No Page Number | 21 |

**APPEAL**

## U.S. District Court [LIVE]
## Eastern District of TEXAS LIVE (Beaumont)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00070-MAC-ESH-ALL

**Case Title:** USA vs. Harrison                         **Date Filed:** 5/18/2005
**Other court case number(s):** None
**Magistrate judge case number(s):** None

**Assigned to:** Judge Marcia A. Crone
**Referred to:** Magistrate Judge Earl S. Hines

**Defendant**
-------------------

**Michael Ray Harrison (1)**                represented by   **Douglas Milton Barlow**
*TERMINATED: 6/30/2006*                                     Attorney At Law
                                                            485 Milam
                                                            Beaumont, TX 77701
                                                            409/838-4259
                                                            Fax: 14098325611
                                                            Email: dmbfed@gtbizclass.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Frank Warren Henderson**
                                                            Federal Defender's Office
                                                            350 Magnolia
                                                            Suite 117
                                                            Beaumont, TX 77701
                                                            409/839-2608
                                                            Fax: 14098392610
                                                            Email: frank_henderson@fd.org
                                                            *TERMINATED: 7/11/2006*
                                                            *LEAD ATTORNEY*
                                                            *Designation: Public Defender or*
                                                            *Community Defender Appointment*

A True Copy I Certify
[illegible] land, Clerk
[illegible] Court
Detuna Bell

**Pending Counts**                                          **Disposition**
---------------------                                       -----------------

FELON IN POSSESSION OF
FIREARM
(1 )

327 mos imprisonment, fine waived,
upon rel 5 yrs sup/rel, $100 special
assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                                           **Disposition**

None

**Plaintiff**

USA                              represented by   **Robert Leo Rawls**
                                                  U S Attorney's Office
                                                  350 Magnolia
                                                  Suite 150
                                                  Beaumont, TX 77701-2237
                                                  409/839-2538
                                                  Fax: 14098392550
                                                  Email: bob.rawls@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|-------------|---|-------------|
|             |   |             |

2

| 5/18/2005 (p.12) | 1 | INDICTMENT as to Michael Ray Harrison (1) count 1. (tkd, ) (Entered: 5/19/2005) |
|---|---|---|
| 5/18/2005 | 2 | Form AO 257 filed as to Michael Ray Harrison (tkd, ) (Entered: 5/19/2005) |
| 5/19/2005 | 3 | Arrest Warrant issued for Michael Ray Harrison and handed to USM for service (tkd, ) (Entered: 5/19/2005) |
| 5/26/2005 (p.14) | 4 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Michael Ray Harrison. (Attachments: # (1) Text of Proposed Order) (Rawls, Robert) (Entered: 5/26/2005) |
| 5/26/2005 (p.18) | 5 | NOTICE OF HEARING setting Initial Appearance as to Michael Ray Harrison for 6/14/2005 09:00 AM in Ctrm 5 (Beaumont) before Magistrate Judge Keith F. Giblin. (ksd) (Entered: 5/27/2005) |
| 6/7/2005 (p.19) | 6 | ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM as to Michael Ray Harrison. Dft to appear for initial appearance 6/16/05 @ 9:00 am. Motions terminated [4] MOTION for Writ of Habeas Corpus ad prosequendum filed by USA,. Signed by Judge Keith F. Giblin on 6/7/05. cc: USM 6/7/05 (fbc, ) (Entered: 6/7/2005) |
| 6/14/2005 (p.21) | 7 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Michael Ray Harrison on 6/14/05. (fbc, ) (Entered: 6/15/2005) |
| 6/14/2005 (p.23) | 10 | Minute Entry for proceedings held before Judge Keith F. Giblin :Initial Appearance as to Michael Ray Harrison held on 6/14/2005. Dft appeared w/out cnsl and informed of rights. Dft request appointed cnsl. Court appoints FPD, Frank Henderson. Dft remanded to custody of USM (Court Reporter Ecro F Laurents.) (fbc, ) (Entered: 6/16/2005) |
| 6/14/2005 | | Arrest of Michael Ray Harrison (fbc, ) (Entered: 6/16/2005) |
| 6/14/2005 | 11 | CJA 23 Financial Affidavit by Michael Ray Harrison (fbc, ) (Entered: 6/16/2005) |
| 6/14/2005 (p.24) | 12 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Michael Ray Harrison - Frank Warren Henderson for Michael Ray Harrison appointed. Signed by Judge Keith F. Giblin on 6/14/05. (fbc, ) (Entered: 6/16/2005) |
| | | |

3

| | | |
|---|---|---|
| 6/14/2005 (p.25) | 13 | ORDER OF TEMPORARY DETENTION as to Michael Ray Harrison : Detention Hearing set for 6/16/2005 10:00 AM before Magistrate Judge Keith F. Giblin.Signed by Judge Keith F. Giblin on 6/14/05. cc USM (fbc, ) (Entered: 6/16/2005) |
| 6/14/2005 (p.26) | 14 | NOTICE OF HEARING as to Michael Ray Harrison Arraignment set for 6/16/2005 10:00 AM before Magistrate Judge Keith F. Giblin. (fbc, ) (Entered: 6/16/2005) |
| 6/15/2005 (p.27) | 8 | MOTION for Writ of Habeas Corpus ad prosequndum by USA as to Michael Ray Harrison. (Attachments: # (1) Text of Proposed Order) (Rawls, Robert) (Entered: 6/15/2005) |
| 6/16/2005 (p.31) | 9 | ORDER FOR WRIT AND WRIT OF HABEAS CORPUS as to Michael Ray Harrison for his appearance for arraignment on 6/17/05 @ 10:00 am. Motions terminated [8] MOTION for Writ of Habeas Corpus ad prosequndum filed by USA,. . Signed by Judge Keith F. Giblin on 6/16/05. cc: USM (fbc, ) (Entered: 6/16/2005) |
| 6/17/2005 (p.33) | 15 | MOTION for Detention by USA as to Michael Ray Harrison. (Rawls, Robert) (Entered: 6/17/2005) |
| 6/17/2005 (p.35) | 16 | Minute Entry for proceedings held before Judge Keith F. Giblin :Arraignment as to Michael Ray Harrison (1) Count 1 held on 6/17/2005. Deft appeared w/cnsl and informed of rights. Deft consented to being detained at this time. Plea entered by Michael Ray Harrison: Not Guilty on count 1. Deft remanded to custody of USM (Court Reporter ECRO F Laurents.) (mrp, ) (Entered: 6/23/2005) |
| 6/17/2005 (p.36) | 17 | ORDER - PRETRIAL DISCOVERY & INSPECTION as to Michael Ray Harrison . Signed by Judge Keith F. Giblin on 6/17/05. (mrp, ) (Entered: 6/23/2005) |
| 6/17/2005 (p.40) | 18 | ORDER as to Michael Ray Harrison. Docket Call set for 8/8/2005 09:00 AM in the first floor courtroom before Judge Howell Cobb. Jury Selection and Trial set for 8/9/05 at 9:00 a.m. in the first floor courtroom before Judge Howell Cobb. Signed by Judge Keith F. Giblin on 6/17/05. (mrp, ) (Entered: 6/23/2005) |
| 6/17/2005 (p.41) | 19 | ORDER OF DETENTION PENDING TRIAL as to Michael Ray Harrison . Signed by Judge Keith F. Giblin on 6/17/05. (mrp, ) (Entered: 6/23/2005) |
| 6/23/2005 (p.43) | 20 | Writ of Habeas Corpus ad Prosequndum Returned Executed as to Michael Ray Harrison on 6/17/05. (fbc, ) (Entered: 6/29/2005) |

| 7/7/2005 (p.45) | 21 | NOTICE *of sentencing enhancement under 18 USC 924(e)* by USA as to Michael Ray Harrison (Rawls, Robert) (Entered: 7/7/2005) |
|---|---|---|
| 7/12/2005 (p.47) | 22 | ORDER setting Docket Call for 8/8/2005 10:00 AM before Judge Howell Cobb. Jury Selection set for 8/9/2005 09:00AM before Judge Howell Cobb. Signed by Judge Howell Cobb on 7/11/05. (rll) (Entered: 7/12/2005) |
| 7/15/2005 (p.50) | 23 | NOTICE *OF ALIBI DEFENSE* by Michael Ray Harrison (Henderson, Frank) (Entered: 7/15/2005) |
| 7/15/2005 (p.52) | 24 | MOTION to Suppress *statements* by Michael Ray Harrison. (Attachments: # (1) Text of Proposed Order)(Henderson, Frank) (Entered: 7/15/2005) |
| 7/22/2005 (p.56) | 25 | RESPONSE to Motion by USA as to Michael Ray Harrison re [24] MOTION to Suppress *statements* (Attachments: # (1) Text of Proposed Order on Motion to Suppress)(Rawls, Robert) (Entered: 7/22/2005) |
| 8/3/2005 (p.59) | 26 | MOTION to Continue *(unopposed)* by Michael Ray Harrison. (Attachments: # (1) Affidavit # (2) Text of Proposed Order) (Henderson, Frank) (Entered: 8/3/2005) |
| 8/4/2005 (p.65) | 27 | ORDER that this case is continued from its 8/8/05 setting and is RESET for Docket Call on 10/11/2005 10:00 AM and Jury Selection set for 10/12/2005 before Judge Howell Cobb. Ends of Justice as to Michael Ray Harrison Time excluded from 8/3/05 until 10/12/05., Motions terminated as to Michael Ray Harrison: [26] MOTION to Continue filed by Michael Ray Harrison. Signed by Judge Howell Cobb on 8/4/04. cc: USM (fbc, ) (Entered: 8/4/2005) |
| 9/13/2005 (p.67) | 28 | ORDER as to Michael Ray Harrison setting Docket Call for 10/11/2005 09:00 AM before Judge Howell Cobb. Jury Selection set for 10/12/2005 09:00AM before Judge Howell Cobb. Signed by Judge Howell Cobb on 9/9/05. (rll) (Entered: 9/13/2005) |
| 9/19/2005 | | Case reassigned to Judge Ron Clark pursuant to Gen Ord 05-14. Judge Howell Cobb no longer assigned to the case. (fbc, ) (Entered: 9/20/2005) |
| 10/19/2005 (p.70) | 29 | ORDER as to Michael Ray Harrison transferring case to the Honorable Marcia Crone. Signed by Chief Judge Thad Heartfield on 10/19/05. (bjc, ) (Entered: 10/19/2005) |
| | | |

| | | |
|---|---|---|
| 10/19/2005 | | Case as to Michael Ray Harrison reassigned to Judge Marcia A. Crone. Judge Ron Clark no longer assigned to the case. (bjc, ) (Entered: 10/19/2005) |
| 10/27/2005 (p.73) | 31 | AMENDED PRE-TRIAL ORDER as to Michael Ray Harrison: FINAL Pretrial Conference set for 11/28/2005 10:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. At this time dates for Jury Selection and Trial will be determined. Signed by Judge Marcia A. Crone on 10/27/05. (mrp, ) (Entered: 10/31/2005) |
| 10/31/2005 (p.75) | 30 | NOTICE OF HEARING ON MOTION in case as to Michael Ray Harrison [24] MOTION to Suppress statements: Motion Hearing set for 11/16/2005 10:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. (dlc) (Entered: 10/31/2005) |
| 11/14/2005 (p.76) | 32 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Michael Ray Harrison. (Attachments: # (1) Text of Proposed Order) (Rawls, Robert) (Entered: 11/14/2005) |
| 11/15/2005 (p.80) | 36 | ORDER for Writ and Writ of Habeas Corpus Ad Prosequendum. granting [32] Motion for Writ of Habeas Corpus ad prosequendum as to Michael Ray Harrison (1). It is ordered that the USM E/D Tx shall produce deft on 11/16/05 at 10:00 a.m for a Suppression Hearing. Signed by Judge Marcia A. Crone on 11/15/05. (mrp, ) (Entered: 11/17/2005) |
| 11/16/2005 (p.82) | 33 | NOTICE OF HEARING ON MOTION in case as to Michael Ray Harrison [24] MOTION to Suppress statements: Motion Hearing reset for 11/29/2005 10:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. (dlc) (Entered: 11/16/2005) |
| 11/16/2005 (p.83) | 34 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Michael Ray Harrison. (Attachments: # (1) Text of Proposed Order) (Rawls, Robert) (Entered: 11/16/2005) |
| 11/17/2005 (p.87) | 35 | Proposed Voir Dire by USA as to Michael Ray Harrison (Rawls, Robert) (Entered: 11/17/2005) |
| 11/21/2005 (p.90) | 37 | MOTION for Writ of Habeas Corpus ad testificandum by USA as to Michael Ray Harrison. (Attachments: # (1) Text of Proposed Order) (Rawls, Robert) (Entered: 11/21/2005) |
| 11/21/2005 | 38 | ORDER for Writ and Writ of Habeas Corpus Ad Prosequendum as to Michael Ray Harrison re [34] MOTION for Writ filed by USA. It is ordered that the USM E/D Tx shall produce the defendant on the |

| | | |
|---|---|---|
| (p.93) | | 11/29/05 at 10:00 a.m. for a Suppression Hearing. Signed by Judge Marcia A. Crone on 11/21/05. (mrp, ) (Entered: 11/21/2005) |
| 11/22/2005 (p.95) | 39 | MOTION in Limine - *Extraneous Acts* by Michael Ray Harrison. (Attachments: # (1) Text of Proposed Order)(Henderson, Frank) (Entered: 11/22/2005) |
| 11/22/2005 (p.99) | 40 | ELEMENTS of the Offense by USA as to Michael Ray Harrison (Rawls, Robert) (Entered: 11/22/2005) |
| 11/23/2005 (p.101) | 41 | RESPONSE to Motion by USA as to Michael Ray Harrison re [39] MOTION in Limine - *Extraneous Acts* (Attachments: # (1) Text of Proposed Order)(Rawls, Robert) (Entered: 11/23/2005) |
| 11/23/2005 (p.108) | 42 | TRIAL BRIEF by USA as to Michael Ray Harrison (Rawls, Robert) (Entered: 11/23/2005) |
| 11/23/2005 (p.116) | 43 | Proposed Voir Dire by Michael Ray Harrison (Henderson, Frank) (Entered: 11/23/2005) |
| 11/28/2005 (p.121) | 44 | ORDER directing issuance of Writ of Habeas Corpus Ad Testificandum. It is ordered and directed that the Clerk of Court issue a WHCAT to the USM E/D Tx, and the Sheriff, Hardin County, directing and commanding said officers, to bring and produce Arica Weaver, a prisoner incarcerated in the Hardin County Jail, before this Court on 11/30/05, at 9:00 a.m. to testify as a witness on behalf of the Government in this trial. Signed by Judge Earl S. Hines on 11/28/05. (mrp, ) (Entered: 11/29/2005) |
| 11/29/2005 (p.122) | 45 | Minute Entry for proceedings held before Judge Marcia A. Crone :Motion Hearing as to Michael Ray Harrison held on 11/29/2005 re [24] MOTION to Suppress Statements. Deft appeared w/cnsl and evidence presented. Witnesses sworn and examined. The court denied defendant's motion to suppress statement [24]. Deft remanded to custody of USM (Court Reporter Wendell Parks.) (mrp, ) (Entered: 12/2/2005) |
| 11/29/2005 (p.123) | 46 | EXHIBIT LIST by USA as to Michael Ray Harrison (mrp, ) (Entered: 12/2/2005) |
| 11/29/2005 (p.124) | 47 | WITNESS LIST by USA as to Michael Ray Harrison (mrp, ) (Entered: 12/2/2005) |
| 11/29/2005 | 48 | WITNESS LIST by Michael Ray Harrison (mrp, ) (Entered: 12/2/2005) |

7

| | | |
|---|---|---|
| (p.125) | | |
| 11/30/2005 | | Minute Entry for proceedings held before Judge Marcia A. Crone :Voir Dire begun on 11/30/2005 as to Michael Ray Harrison (1) on Count 1 (Court Reporter Wendell R. Parks.) (mrp, ) (Entered: 12/5/2005) |
| 11/30/2005 (p.126) | 49 | Minute Entry for proceedings held before Judge Marcia A. Crone :1st Day Jury Trial as to Michael Ray Harrison held on 11/30/2005. Deft appeared w/cnsl and jury selected and sworn. Opening statement given by gov't. Deft waived opening statement. Witnesses called, sworn, examined and cross-examined. Gov't read stipulation to the jury and court. Court recessed. Deft remanded to custody of USM (Court Reporter Wendell R. Parks.) (mrp, ) (Entered: 12/5/2005) |
| 11/30/2005 (p.127) | 51 | EXHIBIT LIST by USA as to Michael Ray Harrison (mrp, ) (Entered: 12/5/2005) |
| 11/30/2005 (p.128) | 52 | WITNESS LIST by USA as to Michael Ray Harrison (mrp, ) (Entered: 12/5/2005) |
| 12/1/2005 (p.129) | 50 | Minute Entry for proceedings held before Judge Marcia A. Crone :2nd Day Jury Trial as to Michael Ray Harrison held on 12/1/2005. Deft appeared w/cnsl, witness sworn and examined. Gov't rested. Counsel for deft orally motioned for judgment ofacquittal outside the presence of the jury. The court denied the motion. Jury deliberated and returned a verdict of guilty to ct 1 of the Indictment. Deft remanded to custody of USM. (Court Reporter Wendell R. Parks.) (mrp, ) (Entered: 12/5/2005) |
| 12/1/2005 (p.130) | 53 | MOTION for Judgment of Acquittal by Michael Ray Harrison. (mrp, ) (Entered: 12/5/2005) |
| 12/1/2005 (p.133) | 54 | ORDER denying [53] Motion for Acquittal as to Michael Ray Harrison (1). Signed by Judge Marcia A. Crone on 12/1/05. (mrp, ) (Entered: 12/5/2005) |
| 12/1/2005 (p.134) | 55 | Defendant's Requested Instructions to the Jury as to Michael Ray Harrison (mrp, ) (Entered: 12/5/2005) |
| 12/1/2005 (p.136) | 56 | Court's Instructions to the Jury as to Michael Ray Harrison (mrp, ) (Entered: 12/5/2005) |
| 12/1/2005 | 57 | E-GOV SEALED Jury Note #1 as to Michael Ray Harrison (mrp, ) (Entered: 12/5/2005) |
| | | |

8

| 12/1/2005 | 58 | E-GOV SEALED Jury Note #2 as to Michael Ray Harrison (mrp, ) (Entered: 12/5/2005) |
|---|---|---|
| 12/1/2005 | 59 | E-GOV SEALED Jury Note #3 as to Michael Ray Harrison (mrp, ) (Entered: 12/5/2005) |
| 12/1/2005 (p.146) | 60 | JURY VERDICT as to Michael Ray Harrison (1): Guilty on Count 1. (mrp, ) (Entered: 12/5/2005) |
| 12/7/2005 (p.147) | 61 | ORDER denying as moot Defendant Michael Ray Harrison's [39] Motion in Limine as to any evidence as to the nature of Defendant's three prior convictions and is denied as to all other evidentiary matters. Signed by Judge Marcia A. Crone on 12/7/05. (mrp, ) (Entered: 12/8/2005) |
| 12/22/2005 (p.148) | 62 | MOTION for Return of Property/PostTrial by USA as to Michael Ray Harrison. (Attachments:.# (1) Text of Proposed Order)(Rawls, Robert) (Entered: 12/22/2005) |
| 12/23/2005 (p.152) | 63 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Michael Ray Harrison on 11/18/05. (bjc, ) (Entered: 12/28/2005) |
| 4/11/2006 | 64 | SEALED OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Michael Ray Harrison (Attachments: # (1) Exhibit)(mrp, ) (Entered: 4/12/2006) |
| 5/31/2006 (p.154) | 65 | NOTICE OF HEARING as to Michael Ray Harrison Sentencing set for 6/29/2996 10:30 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. (dw, ) (Entered: 5/31/2006) |
| 6/28/2006 (p.155) | 66 | NOTICE of Prior Convictions pursuant to 18 U.S.C. 924 (e) by USA as to Michael Ray Harrison re [21] Notice (Other) (Attachments: # (1) Exhibit three prior convictions)(Rawls, Robert) (Entered: 6/28/2006) |
| 6/28/2006 (p.178) | 67 | Minute Entry for proceedings held before Judge Marcia A. Crone :Sentencing held on 6/28/2006 for Michael Ray Harrison (1), Count(s) 1: 327 mos imprisonment, fine waived, upon rel 5 yrs sup/rel, $100 special assessment. Deft remanded to custodyof USM (Court Reporter Wendell Parks.) (mrp, ) (Entered: 6/30/2006) |
| 6/29/2006 (p.179) | 68 | ORDER granting [62] Motion for Return of Property/PostTrial as to Michael Ray Harrison (1). It is ordered that the Bureau of Alcohol, Tobacco, and Firearms return the firearms and all associated ammunition, cases, and accessories to the lawful owner, Clyde |

9

| | | |
|---|---|---|
| | | Marcantel, within 7 days of entry of this order. Signed by Judge Marcia A. Crone on 6/29/06. (mrp, ) (Entered: 6/30/2006) |
| 6/29/2006 | 75 | SEALED PRESENTENCE INVESTIGATION REPORT (Sealed) as to Michael Ray Harrison (bjc, ) (Entered: 7/18/2006) |
| 6/29/2006 | 76 | SEALED PSI - SENTENCING RECOMMENDATION as to Michael Ray Harrison (bjc, ) (Entered: 7/18/2006) |
| 6/30/2006 (p.180) | 69 | JUDGMENT as to Michael Ray Harrison (1), Count(s) 1: 327 mos imprisonment, fine waived, upon rel 5 yrs sup/rel, $100 special assessment. Terminated party Michael Ray Harrison. Signed by Judge Marcia A. Crone on 6/30/06. (mrp, ) (Entered: 6/30/2006) |
| 6/30/2006 | 70 | SEALED Statement of Reasons re [69] Judgment as to Michael Ray Harrison. (mrp, ) (Entered: 6/30/2006) |
| 6/30/2006 (p.186) | 72 | NOTICE OF APPEAL as to [69] Judgment filed by Michael Ray Harrison. (pkb, ) (Entered: 7/11/2006) |
| 7/7/2006 (p.188) | 71 | MOTION to Withdraw as Attorney by Frank W. Henderson. by Michael Ray Harrison. (Attachments: # (1) Text of Proposed Order) (Henderson, Frank) (Entered: 7/7/2006) |
| 7/11/2006 | | DKT 13 and CJA 24 forwarded to attorney Frank Henderson on behalf of appellant, Michael Ray Harrison (pkb, ) (Entered: 7/11/2006) |
| 7/11/2006 | | Transmission of Notice of Appeal and Docket Sheet as to Michael Ray Harrison to US Court of Appeals re [72] Notice of Appeal (pkb, ) (Entered: 7/11/2006) |
| 7/11/2006 (p.191) | 73 | ORDER granting [71] Motion to Withdraw as Attorney. Frank Warren Henderson withdrawn from case as to Michael Ray Harrison (1) and attorney Douglas Barlow is appointed to represent the dft/appellant . Signed by Judge Marcia A. Crone on 7/11/06. (pkb, ) (Entered: 7/12/2006) |
| 7/14/2006 (p.192) | 74 | CJA 20 as to Michael Ray Harrison: Appointment of Attorney Douglas Milton Barlow for Michael Ray Harrison for the purpose of appeal . Signed by Judge Marcia A. Crone on 7/13/06. (pkb, ) (Entered: 7/14/2006) |
| 7/28/2006 (p.193) | 77 | NOTICE of Docketing Record on Appeal from USCA as to Michael Ray Harrison re [72] Notice of Appeal filed by Michael Ray Harrison,. |

10.

| | | |
|---|---|---|
| | | USCA Case Number 06-41128 (pkb, ) (Entered: 7/31/2006) |
| 7/31/2006 | | Forwarded CJA 24 and DKT 13 to attorney Doug Barlow on behalf of appellant (pkb, ) (Entered: 7/31/2006) |
| 8/29/2006 (p.194) | 82 | TRANSCRIPT REQUEST by Michael Ray Harrison for motion to suppress hearing, voir dire & trial, trial and sentencing all held before Judge Marcia Crone, re [72] Notice of Appeal (pkb, ) (Entered: 8/31/2006) |
| 8/31/2006 | 78 | TRANSCRIPT of suppression hearing filed as to Michael Ray Harrison for dates of 11/29/05 before Judge Marcia Crone, re [72] Notice of Appeal Court Reporter: Wendell Parks. (pkb, ) (Entered: 8/31/2006) |
| 8/31/2006 | 79 | TRANSCRIPT of jury selection and trial (vol 1 of 2) filed as to Michael Ray Harrison for dates of 11/30/05 before Judge Marcia Crone, re [72] Notice of Appeal Court Reporter: Wendell Parks. (pkb, ) (Entered: 8/31/2006) |
| 8/31/2006 | 80 | TRANSCRIPT of trial (vol 2 of 2) filed as to Michael Ray Harrison for dates of 12/1/05 before Judge Marcia Crone, re [72] Notice of Appeal Court Reporter: Wendell Parks. (pkb, ) (Entered: 8/31/2006) |
| 8/31/2006 | 81 | TRANSCRIPT of sentencing filed as to Michael Ray Harrison for dates of 6/29/06 before Judge Marcia Crone, re [72] Notice of Appeal Court Reporter: Wendell Parks. (pkb, ) (Entered: 8/31/2006) |
| 9/13/2006 | | SEALED CJA24 as to Michael Ray Harrison: Authorization to Pay Wendell Parks $1,531.20 for Transcript, Voucher #060913000045. Signed by Judge Marcia A. Crone on 08/31/06.(bsp) (Entered: 10/11/2006) |
| 11/16/2006 | | Notice of certification of record provided to 5th Circuit Court of Appeals (pkb, ) (Entered: 11/16/2006) |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

FILED · CLERK
U.S. DISTRICT COURT

05 MAY 18  PM 4:31

TX EASTERN - BEAUMONT

BY___*td*___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CRIMINAL NO. 1:05-CR- 70 |
| | * | *Judge Cobb* |
| MICHAEL RAY HARRISON | * | |

## I N D I C T M E N T

### THE UNITED STATES GRAND JURY CHARGES:

#### COUNT 1

On or about May 5, 2005, in the Eastern District of Texas, MICHAEL RAY HARRISON,

Defendant herein, did knowingly possess in and affecting commerce a firearm, to wit: a Davis

Industries, Model D38 .38 caliber derringer, bearing serial number D061528,  a Ruger, Super

Blackhawk, .44 caliber revolver, bearing serial number 86-90093, a Savage, Model 110, 30-06

caliber rifle, serial number F271648, a Sears, Model 1, Single shot .22 caliber rifle, bearing no

serial number, a Harrington & Richardson, .410 caliber shotgun, serial number HH501860X, and

a Volunteer Arms, 20 gauge shotgun, serial number 753523, and Defendant had previously been

convicted in a court of a crime punishable by imprisonment for a term exceeding one year, in

violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*Jayce Nolen*

GRAND JURY FOREMAN

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

*Robert L. Rawls*

ROBERT L. RAWLS
ASSISTANT UNITED STATES ATTORNEY

12

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# United States District Court

### EASTERN DISTRICT OF TEXAS

Beaumont

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| MICHAEL RAY HARRISON | Case Number: 1:05CR00070-001 |

USM Number: 73627-011

Frank Henderson
_____
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)   1 of an Indictment
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 05/05/2005 | 1 |

   The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/29/2006
_____
Date of Imposition of Judgment

*Marcia A. Crone*
_____
Signature of Judge

Marcia A. Crone

United States District Judge
_____
Name and Title of Judge

13

6/30/06
_____
Date

AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: MICHAEL RAY HARRISON
CASE NUMBER: 1:05CR00070-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 327 Months

The defendant shall cooperate in the collection of DNA as directed by the Bureau of Prisons Staff or the U.S. Probation Office.

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall be provided the opportunity to participate in a program of substance abuse treatment while incarcerated as deemed appropriate by the Federal Bureau of Prisons. The Court recommends incarceration at the El Reno, Oklahoma, facility if deemed appropriate by the Federal Bureau of Prisons.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m.   on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

14

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT: MICHAEL RAY HARRISON
CASE NUMBER: 1:05CR00070-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : 5 years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

15

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT:  MICHAEL RAY HARRISON
CASE NUMBER:  1:05CR00070-001

## ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring lawful employment.

The defendant shall be required to submit to a drug test within 15 days of release on supervised release, and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the defendant is released from the program by the probation officer.

16

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
        Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT: MICHAEL RAY HARRISON
CASE NUMBER: 1:05CR00070-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ 0.00 | $ 0.00 | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

17

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
          Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT: MICHAEL RAY HARRISON
CASE NUMBER: 1:05CR00070-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   ☑ Lump sum payment of $ __100.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance    ☐ C,    ☐ D,    ☐ E, or    ☐ F below; or

B   ☐ Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

C   ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to:
the U.S. District Court. Fine & Restitution Section. P.O. Box 570. Tyler. TX 75710.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

18

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### BEAUMONT DIVISION

FILED
P.M. December 1 20 05
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| *versus* | * | CRIMINAL NO. 1:05-CR-70 |
| | * | |
| MICHAEL RAY HARRISON | * | |

### VERDICT OF THE JURY

We, the jury, find as to the offense charged in Count 1 of the Indictment, the Defendant,

MICHAEL RAY HARRISON       ____X____          _____

                                         (Guilty)              (Not Guilty)

_____
Presiding Juror

Dated: 12/1/05

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
BEAUMONT DIVISION

F I L E D
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 3 0 2006

DAVID J. MALAND, CLERK

DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO. 1:05CR70 |
| | | JUDGE MARCIA A. CRONE |
| MICHAEL RAY HARRISON | § | |

## NOTICE OF APPEAL

INTO COURT comes the Defendant, and files this his Notice of Appeal to the Fifth

Circuit Court of Appeals from the judgment and sentence in the above-styled and numbered

cause as entered by the Court on the __29th__ day of **June**, 2006.

Respectfully submitted,

FRANK W. HENDERSON
Bar No. 09420600
Assistant Federal Defender
Federal Defender's Office
350 Magnolia, Suite 117
Beaumont, TX 77701
409/839-2608
409/839-2610 (FAX)

20

# No. 06-41128

-------------------------------------------

IN THE

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

UNITED STATES OF AMERICA
Appellee

VS.

MICHAEL RAY HARRISON
Appellant

---

On Appeal from Cause No. 1:05-CR-70
United States District Court
Eastern District of Texas
Beaumont Division

---

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Record Excerpts has been duly furnished to the following by deposit in the United States mail, first class, postage prepaid, on March 2, 2007.

Charles Fulbruge, III
Clerk, Fifth Circuit
Court of Appeals
600 S. Maestri
New Orleans, LA  70130

Robert Rawls
U.S. Attorney
350 Magnolia, Suite 150
Beaumont, TX  77701

_____
DOUGLAS M. BARLOW
ATTORNEY FOR APPELLANT

21